Petition for Writ of Mandamus Denied and Opinion filed May 16, 2002









Petition for Writ of Mandamus Denied and Opinion filed
May 16, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00360-CV

____________

 

IN RE VOLODYMYR WALTER KARNAUCH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On April 17, 2002, relator filed a petition
for writ of mandamus in this Court seeking to compel the Hon. Bonnie C.
Hellums, judge of the 247th District Court of Harris County to set aside
portions of temporary orders signed March 18, 2002.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.  All pending motions are denied as moot.

 

PER CURIAM

 

Petition Denied
and Opinion filed May 16, 2002.

Panel consists of
Chief Justice Brister and Justices Anderson and Frost.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).